# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of October, two thousand and fourteen.

Before:  Christopher F. Droney,
        *Circuit Judge.*

_____

MPD Accessories B.V.,

Plaintiff-Appellee,

v.

Urban Outfitters, Inc., GMA Accessories Inc., DBA Capelli New York,

Defendants-Appellants.

_____

**ORDER**
Docket No. 14-2533

Appellants have filed a motion to withdraw this appeal without prejudice to reinstatement after the lower court rules on dismissal of certain defendants.

IT IS HEREBY ORDERED that the motion is DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/17/2014