UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 20th day of October, two thousand and 14,

MPD ACCESSORIES, B.V.,
v.
URBAN OUTFITTERS, INC.,
GMA ACCESSORIES INC.,

**STIPULATION**
Docket Number: 14-2533

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn without costs or attorneys' fees and pursuant to Local Rule 42.1. Appellant may reinstate the case by filing written notice with the Clerk, and serving such notice upon the undersigned appellee, by 10/21/14. The time tolled under LR 31.2 if any, begins to run again from the date of appellant's reinstatement notice to the Clerk.

If not timely reinstated, the appeal shall be mandated pursuant to FRAP 41.

Date: 10/20/14

_____
Attorney for Appellant

John P. Bostany/ Bostany Law Firm PLLC
Print Name and Firm

Date: 10/20/14

_____
Attorney for Appellee

Matthew J. Weldon/Cozen O'Connor
Print Name and Firm